BETTY SMITH, Appellant-Respondent, v. HERMAN A. SMITH, Respondent-Appellant.— Order unanimously modified by eliminating the award of alimony *pendente lite* but permitting the award of counsel fee to stand; the issue of the amount and the date for the commencement of alimony *pendente lite,* if any, is reserved for the trial court; the trial should proceed expeditiously. Settle order on notice. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of NINTH MANHATTAN CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

JEAN FRIEDLANDER et al., Appellants, v. ROXY THEATRE, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [204 Misc. 740.]

PAULINE BOSTON, Appellant, v. LEVER BROTHERS COMPANY, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, solely on the ground that under the particular circumstances of this case, in the exercise of the discretion of Special Term, limitation of the scope of the examination of expenditures by the defendants, was entirely warranted. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of the Probate of the Will of EMMERICH KALMAN, Deceased. ELISABETH V. P. K. DAUNIS, Appellant; GEORGE C. BARON et al., as Executors of EMMERICH KALMAN, Deceased, Respondents; JOHN D. ROEDER, as Special Guardian of YVONNE KALMAN, an Infant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

ALFONSO LOPEZ, Appellant, v. ALIAHOU I. KHEDOURI et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of MADGE CHRISTIE, Respondent. FIFTH MADISON CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Settle order on notice. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.